

FILED
JUN 1 0 2019
CLERK, U.S. DISTRICT CO
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

KIANA L. HAMER

Case No. 2:19mj331
Court Date: July 8, 2019

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor) - Violation Notice No. 7735202

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 20, 2019, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, KIANA L. HAMER, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

#### COUNT TWO
(Misdemeanor)-Violation Notice No. 7735203

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 20, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KIANA L. HAMER, did drive a motor vehicle upon a highway without a valid driver's license.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

6 June 2019
Date